**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FAHRLANDER, JASON | § Case No. 09-72728 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 30, 2009. The undersigned trustee was appointed on March 10, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        4,336.23

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 4.09 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 4,332.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 05/20/2010 and the deadline for filing governmental claims was 05/20/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,084.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,084.06, for a total compensation of $1,084.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/07/2011          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72728  
**Case Name:** FAHRLANDER, JASON  

**Period Ending:** 02/07/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/30/09 (f)  
**§341(a) Meeting Date:** 08/12/09  
**Claims Bar Date:** 05/20/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | U. S. Currency person | 70.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1/2 Interest in Checking Account #32638 ($25.00 | 12.50 | 0.00 | DA | 0.00 | FA |
| 3 | SecurityDeposit with former landlord ne companie | 3,541.67 | 0.00 | DA | 0.00 | FA |
| 4 | utiry Deposit | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1/2 Interest in Couches x 3 (total value $140.00 | 70.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1/2 Interest in Dining Tables x 2 (total value $ | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1/2 Interest in Recliner (total value $50.00) De | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 Interest in Washer & Dryer (total value $300 | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1/2 Interest in Refrigerator (total value $300) | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1/2 Interest in Stove (total value $75) Debtor's | 37.50 | 0.00 | DA | 0.00 | FA |
| 11 | Interest in Dishwasher (total value $75) Residen | 37.50 | 0.00 | DA | 0.00 | FA |
| 12 | Interest in Computer & Laptop (total value $200) | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | /2 Interest in TVs x 3 (total value $200) Reside | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2 Interest in Beds x 2 (total value $250) Reside | 125.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1/2 Interest in Crib (total value $50) Residence | 25.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1/2 Interest in Dressers x 4 (total value $150) | 75.00 | 0.00 | DA | 0.00 | FA |
| 17 | Interest in Night stands x 3 (total value $60) R | 30.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1/2 Interest in Hall Tree x 2 (total value 50 De | 25.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1/2 Interest in Outdoor playset (total value $50 | 250.00 | 0.00 | DA | 0.00 | FA |
| 20 | Mitscellaneous Clothing Debtor's Residence | 200.00 | 0.00 | DA | 0.00 | FA |
| 21 | 401(k) or profit sharing plans. Give particulars | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | Stock in JMAF, Inc businesses. Itemize. Residenc | 0.00 | 4,334.81 | DA | 4,334.61 | FA |
| 23 | Business Checking Account # 80747744 | 200.00 | 0.00 | DA | 0.00 | FA |
| 24 | Automobiles, trucks, trailers, and other 1/2 Int | 4,925.00 | 0.00 | DA | 0.00 | FA |
| 25 | Walk In cooler, ATM, POS System, safe, shelving | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | Liquor, Wine, Beer, Pop, Cigarettes as of date l | 4,438.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.62 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-72728  
**Case Name:** FAHRLANDER, JASON  

**Period Ending:** 02/07/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/30/09 (f)  
**§341(a) Meeting Date:** 08/12/09  
**Claims Bar Date:** 05/20/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 27  Assets  Totals (Excluding unknown values) | $54,387.17 | $4,334.81 | | $4,336.23 | $0.00 |

**Major Activities Affecting Case Closing:**

.

**Initial Projected Date Of Final Report (TFR):** August 31, 2010    **Current Projected Date Of Final Report (TFR):** February 7, 2011 (Actual)

Printed: 02/07/2011 10:50 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-72728  
**Case Name:** FAHRLANDER, JASON  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****58-65 - Money Market Account  

**Taxpayer ID #:** **-***2137  
**Blanket Bond:** $166,000.00   (per case limit)  
**Period Ending:** 02/07/11  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/10 | {22} | Jelene Fahrlander | sale of business assets | 1129-000 | 4,334.61 | | 4,334.61 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.04 | | 4,334.65 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.19 | | 4,334.84 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.02 | | 4,334.86 |
| 04/06/10 | | Wire out to BNYM account 9200******5865 | Wire out to BNYM account 9200******5865 | 9999-000 | -4,334.86 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -4,334.86 | 0.00 | |
| **Subtotal** | **4,334.86** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,334.86** | **$0.00** | |

{} Asset reference(s)

Printed: 02/07/2011 10:50 AM    V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-72728 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | FAHRLANDER, JASON | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******58-65 - Money Market Account |
| Taxpayer ID #: | **-***2137 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | 4,334.86 | | 4,334.86 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 4,335.06 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,335.32 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72728, Bond #016018067 | 2300-000 | | 4.09 | 4,331.23 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,331.48 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,331.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,331.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.14 |
| 02/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 4,332.14 |
| 02/07/11 | | To Account #9200******5866 | transfer to close money market account | 9999-000 | | 4,332.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,336.23 | 4,336.23 | $0.00 |
| | | | Less: Bank Transfers | | 4,334.86 | 4,332.14 | |
| | | | **Subtotal** | | 1.37 | 4.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.37** | **$4.09** | |

{} Asset reference(s)                                                                                                                  Printed: 02/07/2011 10:50 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-72728 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | FAHRLANDER, JASON | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******58-66 - Checking Account |
| Taxpayer ID #: | **-***2137 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/11 | | From Account #9200******5865 | transfer to close money market account | 9999-000 | 4,332.14 | | 4,332.14 |
| | | | **ACCOUNT TOTALS** | | 4,332.14 | 0.00 | **$4,332.14** |
| | | | Less: Bank Transfers | | 4,332.14 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****58-65** | 4,334.86 | 0.00 | 0.00 |
| **MMA # 9200-******58-65** | 1.37 | 4.09 | 0.00 |
| **Checking # 9200-******58-66** | 0.00 | 0.00 | 4,332.14 |
| | $4,336.23 | $4.09 | $4,332.14 |

{} Asset reference(s)

Printed: 02/07/2011 10:50 AM V.12.56

Printed: 02/07/11 10:50 AM

# Claims Distribution Register

Page: 1

### Case: 09-72728   FAHRLANDER, JASON

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 3 | 03/08/10 | 100 | TCF Equipment Finance<br>11100 Wayzata Blvd., #801<br>Minnetonka, MN 55305<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 3 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code does not have a provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 1,877.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/30/09 | 200 | Barrick, Switzer Law Firm<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 967.00 | 967.00 | 0.00 | 967.00 | 967.00 |
| | 06/30/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00  Trustee Compensation> | 1,084.06 | 1,084.06 | 0.00 | 1,084.06 | 1,084.06 |
| | | | **Total for Priority 200:   100% Paid** | **$2,051.06** | **$2,051.06** | **$0.00** | **$2,051.06** | **$2,051.06** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,051.06** | **$2,051.06** | **$0.00** | **$2,051.06** | **$2,051.06** |
| **Priority Claims:** | | | | | | | | |
| 5 | 04/02/10 | 570 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 West Randolph Street, #7-400<br>Chicago, IL 60601<br><5800-00  Claims of Governmental Units> | 8,356.18 | 8,356.18 | 0.00 | 8,356.18 | 2,281.08 |
| | | | **Priority 570:   27.29812% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/26/10 | 610 | Judge & Dolph Ltd<br>Wirtz Beverage IL LLC<br>1925 Busse Road<br>Elk Grove Village, IL 60007<br><7100-00  General Unsecured § 726(a)(2)> | 6,114.88 | 6,114.88 | 0.00 | 6,114.88 | 0.00 |
| 2 | 03/05/10 | 610 | Illinois State Lottery<br>101 West Jefferson MC 5-900<br>Springfield, IL 62702<br><7100-00  General Unsecured § 726(a)(2)> | 3,581.93 | 3,581.93 | 0.00 | 3,581.93 | 0.00 |
| 4 | 03/10/10 | 610 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 3,522.45 | 3,522.45 | 0.00 | 3,522.45 | 0.00 |

Printed: 02/07/11 10:50 AM

# Claims Distribution Register

Page: 2

### Case: 09-72728    FAHRLANDER, JASON

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 04/22/10 | 610 | GE Money Bank dba SAM'S CLUB DISCOVER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 6,304.28 | 6,304.28 | 0.00 | 6,304.28 | 0.00 |
| 7 | 04/24/10 | 610 | GE Money Bank dba SAM'S CLUB DISCOVER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 10,058.31 | 10,058.31 | 0.00 | 10,058.31 | 0.00 |
| 8 | 05/20/10 | 610 | Merchants Advance, LLC<br>c/o Brian Schechter, Esq. PLLC<br>243 Fifth Avenue, #720<br>New York, NY 10016<br><7100-00   General Unsecured § 726(a)(2)> | 1,832.07 | 1,832.07 | 0.00 | 1,832.07 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$31,413.92** | **$31,413.92** | **$0.00** | **$31,413.92** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$31,413.92** | **$31,413.92** | **$0.00** | **$31,413.92** | **$0.00** |
| | | | **Total for Case :** | **$43,698.95** | **$41,821.16** | **$0.00** | **$41,821.16** | **$4,332.14** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-72728
Case Name: FAHRLANDER, JASON
Trustee Name: JAMES E. STEVENS

**Balance on hand:**   $   4,332.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | TCF Equipment Finance | 1,877.79 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   4,332.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,084.06 | 0.00 | 1,084.06 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 967.00 | 0.00 | 967.00 |

Total to be paid for chapter 7 administration expenses:   $   2,051.06
Remaining balance:   $   2,281.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   2,281.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,356.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Illinois Department of Revenue | 8,356.18 | 0.00 | 2,281.08 |

Total to be paid for priority claims:   $   2,281.08
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 30,413.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Judge & Dolph Ltd | 6,114.88 | 0.00 | 0.00 |
| 2 | Illinois State Lottery | 3,581.93 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 3,522.45 | 0.00 | 0.00 |
| 6 | GE Money Bank dba SAM'S CLUB DISCOVER | 6,304.28 | 0.00 | 0.00 |
| 7 | GE Money Bank dba SAM'S CLUB DISCOVER | 10,058.31 | 0.00 | 0.00 |
| 8 | Merchants Advance, LLC | 1,832.07 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $            0.00
Remaining balance:   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $            0.00
Remaining balance:   $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $            0.00
Remaining balance:   $            0.00

**UST Form 101-7-TFR (10/1/2010)**

**UST Form 101-7-TFR (10/1/2010)**