UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: FAHRLANDER, JASON | § Case No. 09-72728 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　United States Bankruptcy Court
　　211 South Court Street
　　Rockford, IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/16/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/16/2011    By: /s/JAMES E. STEVENS
                                                            Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FAHRLANDER, JASON | § | Case No. 09-72728 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,336.23 |
| *and approved disbursements of* | $ 4.09 |
| *leaving a balance on hand of* [1] | $ 4,332.14 |
| **Balance on hand:** | $ 4,332.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | TCF Equipment Finance | 1,877.79 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,332.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,084.06 | 0.00 | 1,084.06 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 967.00 | 0.00 | 967.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,051.06 |
| Remaining balance: | $ 2,281.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 2,281.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,356.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Illinois Department of Revenue | 8,356.18 | 0.00 | 2,281.08 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 2,281.08 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,413.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Judge & Dolph Ltd | 6,114.88 | 0.00 | 0.00 |
| 2 | Illinois State Lottery | 3,581.93 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 3,522.45 | 0.00 | 0.00 |
| 6 | GE Money Bank dba SAM'S CLUB DISCOVER | 6,304.28 | 0.00 | 0.00 |
| 7 | GE Money Bank dba SAM'S CLUB DISCOVER | 10,058.31 | 0.00 | 0.00 |
| 8 | Merchants Advance, LLC | 1,832.07 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: mreilly                Page 1 of 2                   Date Rcvd: Feb 18, 2011
Case: 09-72728                 Form ID: pdf006              Total Noticed: 41

The following entities were noticed by first class mail on Feb 20, 2011.
db           +Jason Fahrlander,    2235 Celerity,    Sycamore, IL 60178-8927
aty          +Matthew T Ryon,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive, 1st Floor,
               Rockford, IL 61108-2579
aty          +Richard H. Schmack,    Law Office of Richard Schmack,     584 West State Street,
               Sycamore, IL 60178-1328
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
               Rockford, IL 61108-2579
14110123      American Express,    P.O.Box 981535,    El Paso, TX 79998-1535
15228782      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14110124     +American Marketing & Publishing, LLC,     P.O.Box 982,    DeKalb, IL 60115-0982
14110125     +Amerimerchant,    475 Park Avenue South,    16th Floor,    New York, NY 10016-6904
14110126      Associated Bank,    P.O.Box 407066,    Ft Lauderdale, FL 33340-7066
14110127     +Brian Schechter,    243 Fifth Avenue,    #720,    New York, NY 10016-8703
14110128      Capital One Bank,    P.O.Box 30285,    Salt Lake City, UT 84130-0285
14110129     +Cynergy Data,    109-15 14th Aveue,    Suite 200,    College Point, NY 11356-1400
14110130     +Daily Chronicle,    1586 Barber Greene Road,    DeKalb, IL 60115-7900
14110131     +First Data Global Leasing,    P.O.Box 173845,    Denver, CO 80217-3845
14110135     +Heritage Wine Cellars,    6600 West Howard Street,    Niles, IL 60714-3306
14110136     +Hiatt & Moen, CPA,    605 Plaza Drive, Ste. 2,    Sycamore, IL 60178-3307
14110137     +HomePages,    P.O.Box 982,    DeKalb, IL 60115-0982
14110138     +I Funds,    40 Burton Hills,    Suite 415,    Nashville, TN 37215-6186
14110139     +IL Community Credit Union Visa,    508 West State Street,     Sycamore, IL 60178-1328
15360487    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Bankruptcy Unit,
               100 West Randolph Street, #7-400,    Chicago, IL  60601)
14110142    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Central Registration,
               101 West Jefferson Street,    Springfield, IL 62702)
14110140     +Illini Security,    810 Albert Drive,    Sycamore, IL 60178-1602
14181366     +Illinois State Lottery,    101 West Jefferson MC 5-900,    Springfield, IL 62702-5145
14110143     +Jelene Fahrlander,    2235 Celerity,    Sycamore, IL 60178-8927
14110144      Jerry Fahrlander,    708 Clover Court,    Yorkville, IL 60560-9665
14110147     +KG Center, LLC,    1085 West Kenilworth Avenue,    Palatine, IL 60067-5962
14110149     +Merchants  Advance, LLC,    P.O.Box 372,    Jericho, NY 11753-0372
15603377     +Merchants Advance, LLC,     c/o Brian Schechter, Esq. PLLC,    243 Fifth Avenue, #720,
               New York, NY 10016-8703
14110151      Popular Leasing USA, Inc.,    15933 Chyton Road, Ste. 200,     Balwin, MO 63011
14110153     +Sears Gold Mastercard,    P.O.Box 6282,    Sioux Falls, SD 57117-6282
14110154     +Southern Wine & Spirits of America,     1600 NW 163rd Street,    Miami, FL 33169-5641
14110155     +Sprint Customer Service,    P.O.Box 8077,    London, KY 40742-8077
14110156     +Superior Beverage,    1070 Orchard Road,    Montgomery, IL 60538-1009
14110157     +TCF Equipment Finance,    11100 Wayzata Blvd., #801,    Minnetonka, MN 55305-5517
The following entities were noticed by electronic transmission on Feb 18, 2011.
14250204      E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2011 00:18:44      GE Money Bank,
               c/o Recovery Management Systems Corp,     Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
15453853     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2011 23:59:18
               GE Money Bank dba SAM’S CLUB DISCOVER,     Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14110133      E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2011 23:59:18      GEMB / Sam’s Club Discover,
               Attn:  Bankruptcy Dept.,    P.O.Box 1003104,    Roswell, GA 30076
14110145     +E-mail/Text: nancy.brown@wirtzbev.com                             Judge & Dolph,
               1501 Michael Drive,    Wood Dale, IL 60191-1007
14110146     +E-mail/Text: nancy.brown@wirtzbev.com                             Judge & Dolph Ltd,
               Wirtz Beverage IL  LLC,    1925 Busse Road,    Elk Grove Village, IL 60007-5721
14110150     +E-mail/Text: bankrup@nicor.com                                    NICOR,    P.O.Box 549,
               Aurora, IL 60507-0549
14110157     +E-mail/Text: bankruptcynotices@tcfef.com                          TCF Equipment Finance,
               11100 Wayzata Blvd., #801,    Minnetonka, MN 55305-5517
14110158     +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 19 2011 00:17:03      Verizon North,
               Bankruptcy Department,    404 Brock Drive,    Bloomington, IL 61701-2654
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
               Rockford, Il 61108-2579
14110132*    +First Data Global Leasing,    P.O.Box 173845,    Denver, CO 80217-3845
14110134*     GEMB/Sam’s Club Discover,    Attn: Bankruptcy Dept.,    P.O.Box 1003104,    Roswell, GA 30076
14110141*    +Illini Security,    810 Albert Drive,    Sycamore, IL 60178-1602
14110148*    +KG Center, LLC,    1085 West Kenilworth Avenue,    Palatine, IL 60067-5962
14110152    ##+Principal Payment Solutions,    4811 Thistle Landing,    Phoenix, AZ 85044-6469
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3           User: mreilly              Page 2 of 2              Date Rcvd: Feb 18, 2011
Case: 09-72728                 Form ID: pdf006            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2011**                              **Signature:**    _Joseph Speetjens_