# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FAHRLANDER, JASON | § | Case No. 09-72728 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $54,387.17
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $2,281.08

Claims Discharged
Without Payment: $105,240.79

Total Expenses of Administration: $2,055.15

3) Total gross receipts of $    4,336.23    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $4,336.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| **SECURED CLAIMS** (from Exhibit 3) | $0.00 | $1,877.79 | $0.00 | $0.00 |
| **PRIORITY CLAIMS:** CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,055.15 | 2,055.15 | 2,055.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 8,000.00 | 8,356.18 | 8,356.18 | 2,281.08 |
| **GENERAL UNSECURED** CLAIMS (from Exhibit 7) | 110,996.93 | 31,413.92 | 31,413.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $118,996.93 | $43,703.04 | $41,825.25 | $4,336.23 |

4) This case was originally filed under Chapter 7 on June 30, 2009. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2011 _____  By: /s/JAMES E. STEVENS _____
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE ¹ | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in JMAF, Inc businesses. Itemize. Residenc | 1129-000 | 4,334.61 |
| Interest Income | 1270-000 | 1.62 |
| **TOTAL GROSS RECEIPTS** | | **$4,336.23** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | TCF Equipment Finance | 4210-000 | 0.00 | 1,877.79 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,877.79** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,084.06 | 1,084.06 | 1,084.06 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 967.00 | 967.00 | 967.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.09 | 4.09 | 4.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,055.15 | 2,055.15 | 2,055.15 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Illinois Department of Revenue | 5800-000 | 8,000.00 | 8,356.18 | 8,356.18 | 2,281.08 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 8,000.00 | 8,356.18 | 8,356.18 | 2,281.08 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Judge & Dolph Ltd | 7100-000 | 6,280.43 | 6,114.88 | 6,114.88 | 0.00 |
| 2 | Illinois State Lottery | 7100-000 | N/A | 3,581.93 | 3,581.93 | 0.00 |
| 4 | American Express Bank, FSB | 7100-000 | 3,095.19 | 3,522.45 | 3,522.45 | 0.00 |
| 6 | GE Money Bank dba SAM'S CLUB DISCOVER | 7100-000 | 5,782.42 | 6,304.28 | 6,304.28 | 0.00 |
| 7 | GE Money Bank dba SAM'S CLUB DISCOVER | 7100-000 | 10,003.56 | 10,058.31 | 10,058.31 | 0.00 |
| 8 | Merchants Advance, LLC | 7100-000 | 12,008.46 | 1,832.07 | 1,832.07 | 0.00 |
| NOTFILED | NICOR | 7100-000 | 722.00 | N/A | N/A | 0.00 |
| NOTFILED | KG Center, LLC | 7100-000 | 22,590.00 | N/A | N/A | 0.00 |
| NOTFILED | Illini Security | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | I Funds | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | IL Community Credit Union Visa | 7100-000 | 1,019.32 | N/A | N/A | 0.00 |
| NOTFILED | Principal Payment Solutions | 7100-000 | 103.35 | N/A | N/A | 0.00 |
| NOTFILED | TCF EQUIPMENT FINANCE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Sprint Customer Service | 7100-000 | 501.24 | N/A | N/A | 0.00 |
| NOTFILED | Superior Beverage | 7100-000 | 837.00 | N/A | N/A | 0.00 |
| NOTFILED | HomePages | 7100-000 | 630.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | Southern Wine & Spirits of America | 7100-000 | 9,863.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Gold Mastercard | 7100-000 | 6,715.28 | N/A | N/A | 0.00 |
| NOTFILED | Verizon North Bankruptcy Department | 7100-000 | 1,003.02 | N/A | N/A | 0.00 |
| NOTFILED | Daily Chronicle | 7100-000 | 40.55 | N/A | N/A | 0.00 |
| NOTFILED | Hiatt & Moen, CPA | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | American Marketing & Publishing, LLC | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | First Data Global Leasing | 7100-000 | 3,861.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 1,413.08 | N/A | N/A | 0.00 |
| NOTFILED | Cynergy Data | 7100-000 | 38.03 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Wine Cellars | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian Schechter | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 110,996.93 | 31,413.92 | 31,413.92 | 0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-72728 | Trustee: | (330420) | JAMES E. STEVENS |
| Case Name: | FAHRLANDER, JASON | Filed (f) or Converted (c): | 06/30/09 (f) | |
| | | §341(a) Meeting Date: | 08/12/09 | |
| Period Ending: 05/10/11 | | Claims Bar Date: | 05/20/10 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | U. S. Currency person | 70.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1/2 Interest in Checking Account #32638 ($25.00 | 12.50 | 0.00 | DA | 0.00 | FA |
| 3 | SecurityDeposit with former landlord ne companie | 3,541.67 | 0.00 | DA | 0.00 | FA |
| 4 | utiry Deposit | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1/2 Interest in Couches x 3 (total value $140.00 | 70.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1/2 Interest in Dining Tables x 2 (total value $ | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1/2 Interest in Recliner (total value $50.00) De | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 Interest in Washer & Dryer (total value $300 | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1/2 Interest in Refrigerator (total value $300) | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1/2 Interest in Stove (total value $75) Debtor's | 37.50 | 0.00 | DA | 0.00 | FA |
| 11 | Interest in Dishwasher (total value $75) Residen | 37.50 | 0.00 | DA | 0.00 | FA |
| 12 | Interest in Computer & Laptop (total value $200) | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | /2 Interest in TVs x 3 (total value $200) Reside | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2 Interest in Beds x 2 (total value $250) Reside | 125.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1/2 Interest in Crib (total value $50) Residence | 25.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1/2 Interest in Dressers x 4 (total value $150) | 75.00 | 0.00 | DA | 0.00 | FA |
| 17 | Interest in Night stands x 3 (total value $60) R | 30.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1/2 Interest in Hall Tree x 2 (total value 50 De | 25.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1/2 Interest in Outdoor playset (total value $50 | 250.00 | 0.00 | DA | 0.00 | FA |
| 20 | Mitscellaneous Clothing Debtor's Residence | 200.00 | 0.00 | DA | 0.00 | FA |
| 21 | 401(k) or profit sharing plans. Give particulars | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | Stock in JMAF, Inc businesses. Itemize. Residenc | 0.00 | 4,334.81 | DA | 4,334.61 | FA |
| 23 | Business Checking Account # 80747744 | 200.00 | 0.00 | DA | 0.00 | FA |
| 24 | Automobiles, trucks, trailers, and other 1/2 int | 4,925.00 | 0.00 | DA | 0.00 | FA |
| 25 | Walk In cooler, ATM, POS System, safe, shelving | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | Liquor, Wine, Beer, Pop, Cigarettes as of date I | 4,438.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.62 | FA |
| 27 | Assets  Totals (Excluding unknown values) | $54,387.17 | $4,334.81 | | $4,336.23 | $0.00 |

Printed: 05/10/2011 11:09 AM    V.12.56

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-72728 | **Trustee:**      (330420) | JAMES E. STEVENS |
| **Case Name:**    FAHRLANDER, JASON | **Filed (f) or Converted (c):** | 06/30/09 (f) |
| | **§341(a) Meeting Date:** | 08/12/09 |
| **Period Ending:** 05/10/11 | **Claims Bar Date:** | 05/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      August 31, 2010          **Current Projected Date Of Final Report (TFR):**      February 7, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72728 | |
| **Case Name:** FAHRLANDER, JASON | |
| | |
| **Taxpayer ID #:** **-***2137 | |
| **Period Ending:** 05/10/11 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***.*****58-65 - Money Market Account |
| **Blanket Bond:** | $166,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/10 | {22} | Jelene Fahrlander | sale of business assets | 1129-000 | 4,334.61 | | 4,334.61 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 4,334.65 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,334.84 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,334.86 |
| 04/06/10 | | Wire out to BNYM account 9200******5865 | Wire out to BNYM account 9200******5865 | 9999-000 | -4,334.86 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -4,334.86 | 0.00 | |
| **Subtotal** | 4,334.86 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,334.86** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 09-72728

Case Name: FAHRLANDER, JASON

Taxpayer ID #: **-***2137

Period Ending: 05/10/11

Trustee: JAMES E. STEVENS (330420)

Bank Name: The Bank of New York Mellon

Account: 9200-******58-65 - Money Market Account

Blanket Bond: $166,000.00  (per case limit)

Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5865 | Wire in from JPMorgan Chase Bank, N.A. account *******5865 | 9999-000 | 4,334.86 | | 4,334.86 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 4,335.06 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,335.32 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72728, Bond #016018067 | 2300-000 | | 4.09 | 4,331.23 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,331.48 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,331.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,331.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,332.14 |
| 02/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 4,332.14 |
| 02/07/11 | | To Account #9200******5866 | transfer to close money market account | 9999-000 | | 4,332.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,336.23 | 4,336.23 | $0.00 |
| | | | Less: Bank Transfers | | 4,334.86 | 4,332.14 | |
| | | | Subtotal | | 1.37 | 4.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.37 | $4.09 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72728 | |
| **Case Name:** FAHRLANDER, JASON | |
| | |
| **Taxpayer ID #:** **-***2137 | |
| **Period Ending:** 05/10/11 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******58-66 - Checking Account |
| **Blanket Bond:** | $166,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/11 | | From Account #9200******5865 | transfer to close money market account | 9999-000 | 4,332.14 | | 4,332.14 |
| 03/16/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $967.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 967.00 | 3,365.14 |
| 03/16/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,084.06, Trustee Compensation;  Reference: | 2100-000 | | 1,084.06 | 2,281.08 |
| 03/16/11 | 103 | Illinois Department of Revenue | Dividend paid 27.29% on $8,356.18; Claim# 5; Filed: $8,356.18; Reference: | 5800-000 | | 2,281.08 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,332.14 | 4,332.14 | $0.00 |
| Less: Bank Transfers | 4,332.14 | 0.00 | |
| **Subtotal** | 0.00 | 4,332.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,332.14 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****58-65 | 4,334.86 | 0.00 | 0.00 |
| MMA # 9200-*****58-65 | 1.37 | 4.09 | 0.00 |
| Checking # 9200-*****58-66 | 0.00 | 4,332.14 | 0.00 |
| | $4,336.23 | $4,336.23 | $0.00 |

{} Asset reference(s)

Printed: 05/10/2011 11:09 AM    V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**09-72728**
**FAHRLANDER, JASON, DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

**Statement Period**
March 1 - March 31, 2011

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

|  | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000249475866 | | $4,332.14 | $0.00 |
| **MONEY MARKET ACCOUNT** | | | |
| 92000249475865 | | $0.00 | $0.00 |
| **Total** | | $4,332.14 | $0.00 |

### Important Information Regarding Your Account

TIP: YOU CAN NOW CREATE INTERIM STATEMENTS AT YOUR CONVENIENCE BY LOGGING
INTO BMS7.COM, CLICKING ON THE BANKING TAB AND FOLLOWING A FEW SIMPLE
STEPS. FOR MORE DETAILS ABOUT THIS OR TO DISCUSS OTHER BANKING NEEDS,
PLEASE CONTACT THE BMS BANKING CENTER AT (800) 634-7734, OPTION 8, MONDAY-
FRIDAY FROM 8AM TO 8PM ET OR EMAIL BMSBANKINGCENTER@BMS7.COM.

**As of March 31, 2011, the funds for this case were on deposit in the following institutions as shown below:**

| Citi | $0.00 |
|---|---|
| **Grand Total:** | **$0.00** |



BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
March 1 - March 31, 2011

**09-72728**
**FAHRLANDER, JASON, DEBTOR**
**JAMES E STEVENS (0000330420)**

| CHECKING ACCOUNT SUMMARY | | Account No. 92000249475866 |
|---|---|---|

| | **Instances** | **Amount** |
|---|---|---|
| **Beginning Balance** | | $4,332.14 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 3 | $(4,332.14) |
| **Ending Balance** | 3 | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/18 | CHECK # 0000000102 | $(1,084.06) | | $3,248.08 |
| 03/18 | CHECK # 0000000101 | $(967.00) | | $2,281.08 |
| 03/28 | CHECK # 0000000103 | $(2,281.08) | | $0.00 |
| **Totals** | | $(4,332.14) | $0.00 | |

| (* Indicates a break in the check sequence) | | | CHECKS PAID IN NUMERIC ORDER | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Check No.** | **Date** | **Amount** | **Check No.** | **Date** | **Amount** | **Check No.** | **Date** | **Amount** |
| 101 | 03/18 | $967.00 | 102 | 03/18 | $1,084.06 | 103 | 03/28 | $2,281.08 |
| | | | | | | **Total Checks Paid:** | | $4,332.14 |

**As of March 31, 2011, the funds for this account were on deposit in the following institutions as shown below:**

| Citi | $0.00 |
|---|---|
| **Grand Total:** | **$0.00** |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
March 1 - March 31, 2011

**09-72728**
**FAHRLANDER, JASON, DEBTOR**
**JAMES E STEVENS (0000330420)**

| MONEY MARKET ACCOUNT SUMMARY | | Account No.92000249475865 |
|---|---|---|

| | **Instances** | | **Amount** |
|---|---|---|---|
| **Beginning Balance** | | | $0.00 |
| Deposits and Additions | 0 | | $0.00 |
| Withdrawals | 0 | | $(0.00) |
| **Ending Balance** | 0 | ACCOUNT CLOSED | $0.00 |
| | | | |
| Interest Paid This Period | | | $0.00 |
| Interest Paid YTD | | | $0.03 |
| Interest Rate As Of 03/31/2011 ** | | | 0.01% |

**The interest rate shown above is the rate in effect as of the end of the statement cycle. Different interest rates may apply during a statement cycle as explained in your Deposit Agreement and Disclosure Statement.





**Check Number: 101**     **Pay Date: 03/18/2011**  **Amount: $967.00**



**Check Number: 102**     **Pay Date: 03/18/2011  Amount: $1,084.06**





THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

↑08213791099

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0410, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

103
60-249/433

| Case | Debtor |
|---|---|
| 09-72728 MB | FAHRLANDER, JASON |
| 92000249475866 | |

Dividend paid 27.29% on $8,356.18, Claim# 3, Filed $8,356.18, Reference

TID #JJ0420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date    03/16/2011        $ ********2,281.08

***Two Thousand Two Hundred Eighty-One Dollars and 08/100

Pay to the
Order of    Illinois Department of Revenue
Bankruptcy Unit
100 West Randolph Street, #7-400
Chicago IL 60601

JAMES E. STEVENS, Trustee

⑈00000103⑈ ⑆04330 2493⑈⑆9 2000 2494 75866⑈    ⑆0000 228 108⑆

Page 4 of 5